Chris LEGER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43790.

Missouri Court of Appeals,
Western District.

March 26, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 30, 1991.

Application to Transfer Denied
June 11, 1991.

David S. Durbin, Appellate Defender,
Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the dismissal of a Rule 24.035 motion for post-conviction relief as untimely.

The dismissal of post-conviction motion is affirmed. Rule 84.16(b).